OPINION — AG — **** CONSTITUTIONAL CONVENTION — PROCEDURE **** UNDER ARTICLE XXIV, SECTION 2, OF THE OKLAHOMA CONSTITUTIONAL CONVENTION MUST BE SUBMITTED TO THE PEOPLE FOR THEIR APPROVAL. THE SAID LAW PROVIDING FOR THE CONVENTION MUST BE PASSED BY THE LEGISLATURE AND APPROVED BY THE GOVERNOR AND MUST CONTAIN THE MAKE UP AND PROCEDURE OF THE CONVENTION. CITE: ARTICLE XXIV, SECTION 1 (TIM LEONARD)